UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| HALEY LYNN TONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00111-KMB-TWP |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby ENTERS

JUDGMENT in favor of the Plaintiff and REVERSES AND REMANDS this matter to the

Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C.

§ 405(g).

IT IS SO ORDERED.

Date: 12/20/2023

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana


Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court


Distribution: All counsel of record via CM/ECF